# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                                                     **Case No. 06-CR-123**

    **-vs-**

**JAMES LETIZIA, JR.,**

        **Defendant.**

## ORDER

The Court has received an appeal from Magistrate Judge Goodstein's ruling of August 3, 2006, denying the defendant, James Letizia, Jr.'s ("Letizia"), motion to compel the disclosure of the government's confidential informant. The Court has reviewed the record and the arguments, and rules as follows.

Letizia's motion is denied. While every defendant including Letizia has a right to confront witnesses, that right is circumscribed by the need for the defendant to articulate how, in this context, its exercise is related to a specific defense. Letizia has not done that. Accordingly, the Court adopts Magistrate Judge Goodstein's decision and order as the ruling in this case.

Dated at Milwaukee, Wisconsin, this 8th day of September, 2006.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**